RECEIVED

MAR 7 2018

CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___Western___ DISTRICT OF TEXAS
___Austin___ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Jerel Smith #2160477

Plaintiff's name and ID Number

TDCJ Stevenson Unit SB

Place of Confinement

**A18CV0207LY**

CASE NO: _____

(Clerk will assign the number)

v. State of Texas in the 147th
District of
Travis County, Texas

Defendant's name and address

_____

Defendant's name and address

_____

Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

    A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? _____ YES \_\_✓\_\_ NO

    B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: \_\_\_Not applicable\_\_\_

        2. Parties to previous lawsuit:
           Plaintiff(s): \_\_\_Not applicable\_\_\_

           Defendant(s): \_\_\_Not applicable\_\_\_

        3. Court (If federal, name the district; if state, name the county) Not applicable

        4. Docket Number: \_\_\_Not applicable\_\_\_

        5. Name of judge to whom case was assigned: \_\_\_Not applicable\_\_\_

        6. Disposition: (Was the case dismissed, appealed, still pending?)

        \_\_\_Not applicable\_\_\_

        7. Approximate date of disposition: \_\_\_Not applicable\_\_\_

**II.  PLACE OF PRESENT CONFINEMENT:** TDCJ Stevenson Unit SB, Cuero, TX 77954

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ___✓___ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A.  Name of address of plaintiff: Stevenson Unit SB, 1525 FM 766, Cuero, Texas 77954

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Office of Travis County District Attorney, Blackwell-Thurman Criminal Justice Center, 509 W. 11th St. P.O. Box 1748, Austin, TX 78767

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Official Oppression TPC 3903 (i)(2)

Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On May 10th, 2017 a warrant of arrest was executed on me by the office of the District Attorney, Travis County, Austin, Texas with no discernable charge listed on the warrant. The bond attached to the warrant was set at $700,000 signed by issuing judge. I was booked into the Travis County jail under said amount of bond until a bond hearing was heard in the 147th District Court, Travis County, TX, presiding Judge Brown. Judge Brown reaffirmed the bond amount attached to the warrant that contained no discernable charge. It was later learned I was accused of making threats or harrassment by phone contact. Again, there was no charge on the warrant charging me with any violation. Elements confirming the official oppression statute are hereby met.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

I am requesting relief in the following form: (1) The entire case, reference case No. D1DC-16-301628 I was convicted on be reviewed cont'd

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

None

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

TDCJ # 2160477

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _Not applicable_

2. Case Number: _Not applicable_

3. Approximate date sanctions were imposed: _Not applicable_

4. Have the sanctions been lifted or otherwise satisfied? _____ YES  ✓ NO

C.  Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✓_ NO

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed warning (if federal, give the district and division): _Not applicable_

2.  Case number: _Not applicable_

3.  Approximate date warning were imposed: _Not applicable_

Executed on: _1-30-18_
(Date)

_Jerel Smith_
(Printed Name)

_[signature]_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _30th_ day of _January_ , 20 _18_ .
(Day)            (Month)              (Year)

_Jerel Smith_
(Printed Name)

_[signature]_
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

Continued from page 4 of 5 Section VI. Relief

by another court of equal standing or a Federal District Court that has no partiality or bias in this matter. (2) Residing Judge of New court upon review of said case will set case for New trial. (3) If it is found that improprieties were committed to include withholding exculpatory evidence crucial to my defense, and if it deemed any of my rights were violated, I am asking that my conviction be overturned, charges vacated, and/or an acquittal be issued with prejudice. Additional relief and remedy is also being requested.