FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

18 MAR 14  AM 8:26

CLERK, U.S. DISTRICT COURT
WESTERN DIST. OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| JEREL SMITH | § | |
| | § | |
| V. | § | A-18-CV-207-LY |
| | § | |
| STATE OF TEXAS IN THE 147TH | § | |
| DISTRICT OF TRAVIS COUNTY, | § | |
| TEXAS | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Jerel Smith's civil-rights complaint. Although Smith brings this suit as a civil-rights action, he is actually challenging his holding conviction. He asks that his criminal conviction be reviewed by another court and his case be set for a new trial. Alternatively, he asks that his conviction be overturned, his charges be vacated, and an acquittal be issued.

Smith must seek such relief in an application for habeas corpus relief after he has exhausted his state court remedies. The exclusive remedy for a prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release is habeas corpus relief. *Preiser v. Rodriguez*, 411 U.S. 475, 488-490 (1973). The Court declines to construe this action as a request for habeas corpus relief, because Smith has not exhausted his state court remedies. His direct appeal is currently pending at the Third Court of Appeals.

It is therefore **ORDERED** that Plaintiff Jerel Smith's complaint and application to proceed

*in forma pauperis* are **DISMISSED WITHOUT PREJUDICE**.　Plaintiff may file an application

for habeas corpus relief after he exhausts his state court remedies.

　　**SIGNED** this ⁄4ᵗʰ day of March 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE